**Exhibit A to the Complaint**

**Location:** Hoboken, NJ                                                                    **IP Address:** 100.8.210.136
**Total Works Infringed:** 26                                                        **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63 File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 07-19-2021 18:55:45 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 2 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46 File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-10-2021 20:13:27 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 3 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800 File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-03-2021 01:57:03 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 4 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94 File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-18-2021 20:50:23 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 5 | Info Hash: 96B3628EFA7DF33F1BEB4DAD1855B4125CC9F71F File Hash: C73C4EBCF120B06461B10401591AD60A4689546CEC9EF574D1FA2B5FE37D8BAB | 05-11-2021 09:38:12 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 6 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067 File Hash: 8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 05-11-2021 08:46:34 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 7 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15 File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-03-2021 21:31:09 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 8 | Info Hash: D018948BE20BC17028F1D2DA5E96AD62B46B2A5E File Hash: 987BA82FA5B83E9E459F13C9D123C82359630FA6678ABB431856A8BF52033B3D | 04-20-2021 10:19:23 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>8069E67E8986BB80941FE059FEB9475565EC7B06<br>File Hash:<br>748DDA89381F521EFA5A8BB3D3F82C6C99D4BFA94808065010248109AAA9C930 | 04-15-2021<br>18:38:07 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 10 | Info Hash:<br>62ACA149C6B57C1E99DB16874F88AB34F0362043<br>File Hash:<br>C55B9DF5D9927E627D8DA3FF901161D78E8CA5DE1685498AA7B4D5B485FE4E7F | 04-15-2021<br>18:24:19 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 11 | Info Hash:<br>2AA08A9659D3253B9DA04A8BA71ABBB9DAE10FCD<br>File Hash:<br>CD0B6984F24C8EF6E188C5A68904A690720892824238225AA7F310411A8709A9 | 04-04-2021<br>18:17:49 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 12 | Info Hash:<br>890C3437529B678E2DFF8A7A86A3006FF2D7B85D<br>File Hash:<br>3E0756F0FD3E4A8F28FB50DE99E5B5E44D5CCEF60B28C0BB7F201719D7CEEB72 | 04-01-2021<br>19:51:55 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 13 | Info Hash:<br>2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-01-2021<br>19:31:06 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 14 | Info Hash:<br>5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-01-2021<br>19:23:52 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 15 | Info Hash:<br>24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash:<br>BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 03-14-2021<br>13:27:49 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 16 | Info Hash:<br>388F364AFF0B58A31EA9C1E48CD3344B3165477D<br>File Hash:<br>6036D1859EA524A83DDEA0BAE67BBFBA279CE91D5FB114A4E326EA7267373E4E | 02-26-2021<br>03:52:33 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 17 | Info Hash:<br>FBE49321D58C71912B3CE9DD0A2AA7E4F2205252<br>File Hash:<br>94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-26-2021<br>03:47:59 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-15-2021 16:00:32 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 19 | Info Hash: 72B0F1168786EE85BDFE7815FEE833ACB0611C68<br>File Hash: E615313D9ECE13DD904034EABC5993D67BA8135F472E59E4DC2D4E51BBFD0770 | 02-01-2021 20:03:44 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 20 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 01-29-2021 22:16:52 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 21 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 01-29-2021 21:12:43 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 22 | Info Hash: 25A89AFEEA21CC02479E2C33520831964FCBEDD9<br>File Hash: 1494804E16AFEC1629371D903BA5C7B4B98823FDDF177789E07E00E5DD297B8C | 01-11-2021 21:19:48 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 23 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 12-17-2020 04:50:25 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 24 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 11-30-2020 20:06:46 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 25 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11-30-2020 20:02:39 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 26 | Info Hash: 0BF45C3913082EC92A860177A052534BBF6BF4D5<br>File Hash: B8A53EB3B9673339D575C8FBC08B53AE6EEB733CD941B86BA82C8D8489A55892 | 11-08-2020 00:19:13 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |